UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20549-CIV-KING

JAVIER LOZANO, MANUEL MORALES,
and all others similarly situated under 29 USC
216(B),

    Plaintiff,

v.

LAWNWORKS, INC.,
TREEWORKS SERVICES, INC.,
CARLOS DIAZ, and
GEORGE PONTIGAS,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the court upon the Plaintiffs' Notice of Voluntary Dismissal with Prejudice (D.E. #6) filed May 29, 2008. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby **DISMISSED WITH PREJUDICE**.
2. All unresolved pending motions in this case are hereby DENIED as moot.
3. The Clerk shall **CLOSE** this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 30th day of May, 2008.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies to all counsel of record:

**Counsel for Plaintiffs:**
J.H. Zidel, Esq.
300 71st Street, #605
Miami Beach, Fl 33141